1   SO. CAL EQUAL ACCESS GROUP
    Jason J. Kim (SBN 190246)
2   Jason Yoon (SBN 306137)
    101 S. Western Avenue, Second Floor
3   Los Angeles, CA  90004
    Telephone:   (213) 252-8008
4   Facsimile:   (213) 252-8009
    scalequalaccess@yahoo.com
5
    Attorney for Plaintiff,
6   IN SUN KIL

7

8               **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  IN SUN KIL,                          **Case No. 2:20-cv-05306-JWH-AGRx**

12          Plaintiff,

13      vs.                              **NOTICE OF VOLUNTARY
                                         DISMISSAL OF ENTIRE CASE
14                                       WITHOUT PREJUDICE**

    RUN THE JEWELS, LLC D/B/A
15  JEWELS; GORDON HABITAT, LLC;
    and DOES 1 through 10,

16
            Defendants.
17

18

19      **PLEASE TAKE NOTICE** that Plaintiff IN SUN KIL ("Plaintiff") pursuant

20  to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the

21  entire action *without prejudice* pursuant to Federal Rule of Civil Procedure Rule

22  41(a)(1) which provides in relevant part:

23      (a) **Voluntary Dismissal.**

24          (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2,

25                 and 66 and any applicable federal statute, the plaintiff may

26                 dismiss an action without a court order by filing:

27                 (i)    A notice of dismissal before the opposing party serves

28                        either an answer or a motion for summary judgment.

                                                    NOTICE OF VOLUNTARY DISMISSAL

1  Defendants have neither answered Plaintiff's Complaint, nor filed a motion for

2  summary judgment. Accordingly, this matter may be dismissed without an Order of

3  the Court.

4

5

   DATED:  January 12, 2021          **SO. CAL EQUAL ACCESS GROUP**

6

7

                         */s/ Jason J. Kim*

8

                        JASON J. KIM

9

                        Attorney for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL